## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

          v.

RASHAWN DIXSON,

          Petitioner

:  No. 16 EAL 2020
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.